**No. 10-9670. Reginald Butler, Petitioner v. Gladyse C. Taylor, Acting Director, Illinois Department of Corrections, et al.**

563 U.S. 1023, 131 S. Ct. 2950, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4023.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9675. Juan Louis Caballero, Petitioner v. Texas.**

563 U.S. 1023, 131 S. Ct. 2934, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4080.

May 31, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-9693. Gregory A. Kokal, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 1023, 131 S. Ct. 2934, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4143.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 623 F.3d 1331.

**No. 10-9696. Timothy Bell, Petitioner v. Teena Griffin, et al.**

563 U.S. 1023, 131 S. Ct. 2934, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4141.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9697. Richard Theodore Tharpe, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 1023, 131 S. Ct. 2934, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4061.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 628 F.3d 719.

**No. 10-9705. Cleo Douglas LeCroy, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 1024, 131 S. Ct. 2935, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4166.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 397 Fed. Appx. 554.

**No. 10-9706. Vincent Maurice Harris, Petitioner v. Board of Supervisors of Louisiana State University & Agricultural & Mechanical College.**

563 U.S. 1024, 131 S. Ct. 2935, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4082,

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 725.

**No. 10-9707. Tsegai Haile, Petitioner v. Zula, LLC.**

563 U.S. 1024, 131 S. Ct. 2935, 180 L. Ed. 2d 229, 2011 U.S. LEXIS 4029.

May 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.